

**Mars Khaimov Law, PLLC**

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: mars@khaimovlaw.com

September 20, 2022

**BY ECF**
Honorable Ona T. Wang
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

**MEMO ENDORSED.**

Re:  Maddy v. Hair Place, Inc..; Case No. 1:22-cv-5959-PGG-OTW

To the Honorable Magistrate Judge Wang,

Plaintiff submits this letter-motion to seek an adjournment of the Initial Pretrial Conference currently scheduled for September 21, 2022. Plaintiff has not been in communication with the Defendant herein. Defendant was properly served on September 8, 2022, and has a deadline of September 29, 2022 to respond to the complaint. As such, Plaintiff respectfully requests that the conference be adjourned to October 17, 2022, or a date more convenient to the Court, to allow time for Defendant to appear herein.

Plaintiff thanks the Court for its attention and consideration herein.

Respectfully and sincerely,

/s/ Mars Khaimov, Esq.

---

Application **GRANTED**. The Initial Case Management Conference previously scheduled for September 21, 2022 is hereby adjourned to **Thursday, October 20, 2022 at 11:30 a.m.**

**SO ORDERED.**

_____
Ona T. Wang                        9/20/22
U.S.M.J.